IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMMY S. HODGES,

   Plaintiff,

     v.

JPMORGAN CHASE BANK NA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-851-TWT

**ORDER**

This is a foreclosure action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the Defendant's Motion to Dismiss [Doc. 2] be granted. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 2] is GRANTED.

SO ORDERED, this 10 day of October, 2017.

                      /s/Thomas W. Thrash
                      THOMAS W. THRASH, JR.
                      United States District Judge